**EXHIBIT A**



**KSE**SUPPLIERS
COMPREHENSIVE WHOLESALE SUPPLIERS OF INSTITUTIONAL LINEN

PO Box 635 Hillburn, NY 10931
Tel **845.371.2989** | Fax **845.357.5732**
Email **orders@ksesuppliers.com**

# Statement

| Date |
|---|
| 2/4/2020 |

| Bill To |
|---|
| Anna's Healthcare Apparel & Textiles, inc |
| 8830 Lowell Terrace |
| Skokie IL 600760000 |

| Terms | Amount Due |
|---|---|
| Net 90 | $684,337.29 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| | Anna's Healthcare Apparel & Textiles, inc- | | |
| 08/11/2015 | INV #46943. Due 11/09/2015. Orig. Amount $21,170.70. 600+60LG62070. | 15,457.08 | **15,457.08** |
| 09/25/2015 | INV #47443. Due 12/24/2015. Orig. Amount $37,046.04. 980 64103. | 37,046.04 | **52,503.12** |
| 11/23/2015 | INV #48026. Due 02/21/2016. Orig. Amount $4,113.75. . | 4,113.75 | **56,616.87** |
| 11/23/2015 | INV #48027. Due 02/21/2016. Orig. Amount $1,465.15. . | 1,465.15 | **58,082.02** |
| 11/30/2015 | INV #48103. Due 02/28/2016. Orig. Amount $20,983.08. 625  66006. | 20,983.08 | **79,065.10** |
| 12/02/2015 | INV #48142. Due 03/01/2016. Orig. Amount $3,424.71. 145  66062. | 3,424.71 | **82,489.81** |
| 12/11/2015 | INV #48113. Due 03/10/2016. Orig. Amount $296.87. . | 296.87 | **82,786.68** |
| 12/21/2015 | INV #48355. Due 03/20/2016. Orig. Amount $4,467.15. 145  66522. | 4,467.15 | **87,253.83** |
| 12/28/2015 | INV #48410. Due 03/27/2016. Orig. Amount $22,946.97. . | 22,946.97 | **110,200.80** |
| 01/05/2016 | INV #48493. Due 04/04/2016. Orig. Amount $5,673.11. 245  66737 | 5,673.11 | **115,873.91** |
| 01/07/2016 | INV #48540. Due 04/06/2016. Orig. Amount $159.00. . | 159.00 | **116,032.91** |
| 01/08/2016 | INV #48573. Due 04/07/2016. Orig. Amount $537.40. | 537.40 | **116,570.31** |
| 02/04/2016 | INV #48924. Due 05/04/2016. Orig. Amount $24,169.15. 500 KS638. | 24,169.15 | **140,739.46** |
| 02/12/2016 | INV #49028. Due 05/12/2016. Orig. Amount $35.03. . | 35.03 | **140,774.49** |
| 03/23/2016 | INV #49481. Due 06/21/2016. Orig. Amount $625.86. . | 625.86 | **141,400.35** |
| 04/01/2016 | INV #44827. Due 06/30/2016. Orig. Amount $17,188.15. 111768 2/9/15. | 17,188.15 | **158,588.50** |
| 04/01/2016 | INV #45022. Due 06/30/2016. Orig. Amount $28,762.40. KS551 2/26/15. | 28,762.40 | **187,350.90** |
| 04/01/2016 | INV #45170. Due 06/30/2016. Orig. Amount $15,824.56. 425 KS558. | 15,824.56 | **203,175.46** |
| 04/01/2016 | INV #49610. Due 06/30/2016. Orig. Amount $382.68. . | 382.68 | **203,558.14** |
| 04/18/2016 | INV #49826. Due 07/17/2016. Orig. Amount $107.97. | 107.97 | **203,666.11** |
| 04/19/2016 | INV #49812. Due 07/18/2016. Orig. Amount $10,276.00. 375 KS673. | 10,276.00 | **213,942.11** |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | **Amount Due** |
|---|---|---|---|---|---|
| 36,712.82 | 20.00 | 24,636.45 | 20.00 | 622,948.02 | **$684,337.29** |



**KSESUPPLIERS**
COMPREHENSIVE WHOLESALE SUPPLIERS OF INSTITUTIONAL LINEN

PO Box 635 Hillburn, NY 10931
Tel **845.371.2989** | Fax **845.357.5732**
Email **orders@ksesuppliers.com**

# Statement

| Date |
|---|
| 2/4/2020 |

| Bill To |
|---|
| Anna's Healthcare Apparel & Textiles, inc |
| 8830 Lowell Terrace |
| Skokie IL 600760000 |

| Terms | Amount Due |
|---|---|
| Net 90 | $684,337.29 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 05/04/2016 | INV #49941. Due 08/02/2016. Orig. Amount $241.72. . | 241.72 | **214,183.83** |
| 05/04/2016 | INV #49972. Due 08/02/2016. Orig. Amount $12,635.25. 425  69345. | 12,635.25 | **226,819.08** |
| 05/12/2016 | INV #50084. Due 08/10/2016. Orig. Amount $3,914.90. 145  69572. | 3,914.90 | **230,733.98** |
| 05/23/2016 | INV #50207. Due 08/21/2016. Orig. Amount $125.28. . | 125.28 | **230,859.26** |
| | NBL Textile Inc.- | | |
| 07/12/2018 | INV #63325. Due 10/10/2018. Orig. Amount $42,264.48. 900  123508. | 19,598.23 | **250,457.49** |
| 07/17/2018 | INV #63412. Due 10/15/2018. Orig. Amount $184.30. | 184.30 | **250,641.79** |
| 08/07/2018 | INV #63940. Due 11/05/2018. Orig. Amount $763.17. | 763.17 | **251,404.96** |
| 08/13/2018 | INV #64042. Due 11/11/2018. Orig. Amount $366.78. | 366.78 | **251,771.74** |
| 08/13/2018 | INV #64086. Due 11/11/2018. Orig. Amount $651.17. | 651.17 | **252,422.91** |
| 08/16/2018 | INV #64187. Due 11/14/2018. Orig. Amount $467.12. | 467.12 | **252,890.03** |
| 08/20/2018 | INV #64267. Due 11/18/2018. Orig. Amount $38,092.82. 799 KS931 | 38,092.82 | **290,982.85** |
| 08/29/2018 | INV #64472. Due 11/27/2018. Orig. Amount $941.57. | 941.57 | **291,924.42** |
| 09/06/2018 | INV #64695. Due 12/05/2018. Orig. Amount $861.41. | 861.41 | **292,785.83** |
| 09/14/2018 | INV #64852. Due 12/13/2018. Orig. Amount $66,606.30. 1350  43588 | 66,606.30 | **359,392.13** |
| 10/10/2018 | INV #65379. Due 01/08/2019. Orig. Amount $683.94. | 683.94 | **360,076.07** |
| 10/12/2018 | INV #65492. Due 01/10/2019. Orig. Amount $50,234.78. 1200  44232 | 50,234.78 | **410,310.85** |
| 10/19/2018 | INV #65638. Due 01/17/2019. Orig. Amount $91.53. | 91.53 | **410,402.38** |
| 11/01/2018 | INV #65989. Due 01/30/2019. Orig. Amount $397.76. | 397.76 | **410,800.14** |
| 11/02/2018 | INV #66035. Due 01/31/2019. Orig. Amount $16,368.30. | 16,368.30 | **427,168.44** |
| 11/06/2018 | INV #66144. Due 02/04/2019. Orig. Amount $1,094.73. | 1,094.73 | **428,263.17** |
| 11/07/2018 | INV #66200. Due 02/05/2019. Orig. Amount $717.93. | 717.93 | **428,981.10** |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | **Amount Due** |
|---|---|---|---|---|---|
| 36,712.82 | 20.00 | 24,636.45 | 20.00 | 622,948.02 | **$684,337.29** |



**KSE SUPPLIERS**
COMPREHENSIVE WHOLESALE SUPPLIERS OF INSTITUTIONAL LINEN

**PO Box 635 Hillburn, NY 10931**
Tel **845.371.2989** | Fax **845.357.5732**
Email **orders@ksesuppliers.com**

# Statement

| Date |
|------|
| 2/4/2020 |

| Bill To |
|---------|
| Anna's Healthcare Apparel & Textiles, inc |
| 8830 Lowell Terrace |
| Skokie IL 600760000 |

| Terms | Amount Due |
|-------|-----------|
| Net 90 | $684,337.29 |

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 11/07/2018 | INV #66202. Due 02/05/2019. Orig. Amount $295.20. | 295.20 | 429,276.30 |
| 11/12/2018 | INV #66294. Due 02/10/2019. Orig. Amount $236.13. | 236.13 | 429,512.43 |
| 11/16/2018 | INV #66477. Due 02/14/2019. Orig. Amount $508.83. | 508.83 | 430,021.26 |
| 11/26/2018 | INV #65329. Due 02/24/2019. Orig. Amount $609.60. | 609.60 | 430,630.86 |
| 11/26/2018 | INV #66555. Due 02/24/2019. Orig. Amount $73,358.79. 1100 45512 & 165 101279 | 73,358.79 | 503,989.65 |
| 01/18/2019 | INV #68246. Due 04/18/2019. Orig. Amount $10,361.20. 487.20 (Quote# 2929612) 530165842 | 10,361.20 | 514,350.85 |
| 01/29/2019 | INV #68465. Due 04/29/2019. Orig. Amount $34,745.35. 1108 (Quote# 4297BQN) | 34,745.35 | 549,096.20 |
| 02/19/2019 | INV #69247. Due 05/20/2019. Orig. Amount $191.25. | 191.25 | 549,287.45 |
| 03/05/2019 | INV #69693. Due 06/03/2019. Orig. Amount $593.55. | 593.55 | 549,881.00 |
| 03/06/2019 | INV #69716. Due 06/04/2019. Orig. Amount $10,135.46. 541.33 (Quote# LLXD4VC) | 10,135.46 | 560,016.46 |
| 03/07/2019 | INV #69753. Due 06/05/2019. Orig. Amount $355.00. | 355.00 | 560,371.46 |
| 03/13/2019 | INV #69939. Due 06/11/2019. Orig. Amount $1,066.40. | 1,066.40 | 561,437.86 |
| 03/20/2019 | INV #70084. Due 06/18/2019. Orig. Amount $179.88. | 179.88 | 561,617.74 |
| 04/17/2019 | INV #71034. Due 07/16/2019. Orig. Amount $14,216.77. 664.77 (Quote# LTLTQ7Y) | 14,216.77 | 575,834.51 |
| 05/14/2019 | INV #71844. Due 08/12/2019. Orig. Amount $19,027.00. 785 (Quote# VBXGX7B) | 19,027.00 | 594,861.51 |
| 05/20/2019 | INV #72002. Due 08/18/2019. Orig. Amount $20.00. Bounced Check# 4257 | 20.00 | 594,881.51 |
| 05/30/2019 | INV #72308. Due 08/28/2019. Orig. Amount $20.00. Bounced Check# 6801 | 20.00 | 594,901.51 |
| 06/19/2019 | INV #73354. Due 09/17/2019. Orig. Amount $20.00. Bounced Check# 4258 | 20.00 | 594,921.51 |
| 07/03/2019 | INV #73460. Due 10/01/2019. Orig. Amount $688.00. | 688.00 | 595,609.51 |
| 07/05/2019 | INV #73469. Due 10/03/2019. Orig. Amount $6,424.50. 871.72 (Quote# 686026966) | 6,424.50 | 602,034.01 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---------|--------------------|---------------------|---------------------|-----------------------|------------|
| 36,712.82 | 20.00 | 24,636.45 | 20.00 | 622,948.02 | **$684,337.29** |



**COMPREHENSIVE WHOLESALE SUPPLIERS OF INSTITUTIONAL LINEN**

**PO Box 635 Hillburn, NY 10931**
Tel **845.371.2989** | Fax **845.357.5732**
Email **orders@ksesuppliers.com**

# Statement

| Date |
|---|
| 2/4/2020 |

| Bill To |
|---|
| Anna's Healthcare Apparel & Textiles, inc<br>8830 Lowell Terrace<br>Skokie IL 600760000 |

| Terms | Amount Due |
|---|---|
| Net 90 | $684,337.29 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 07/08/2019 | INV #73529. Due 10/06/2019. Orig. Amount $2,967.00. 274.94 (Quote# LJBC7LL) | 2,967.00 | **605,001.01** |
| 07/09/2019 | INV #73584. Due 10/07/2019. Orig. Amount $688.00. | 688.00 | **605,689.01** |
| 07/10/2019 | INV #73661. Due 10/08/2019. Orig. Amount $889.10. | 889.10 | **606,578.11** |
| 07/16/2019 | INV #73863. Due 10/14/2019. Orig. Amount $20.00. Bounced Check# 4259 | 20.00 | **606,598.11** |
| 07/31/2019 | INV #74297. Due 10/29/2019. Orig. Amount $2,010.60. | 2,010.60 | **608,608.71** |
| 07/31/2019 | INV #74298. Due 10/29/2019. Orig. Amount $758.88. | 758.88 | **609,367.59** |
| 08/06/2019 | INV #74384. Due 11/04/2019. Orig. Amount $13,708.74. 560 (Quote# V8LFG47) | 13,708.74 | **623,076.33** |
| 08/15/2019 | INV #74832. Due 11/13/2019. Orig. Amount $20.00. Bounced Check# 4260 | 20.00 | **623,096.33** |
| 09/09/2019 | INV #75545. Due 12/08/2019. Orig. Amount $2,842.60. 199.46 (Quote# LBYJR9N) | 2,842.60 | **625,938.93** |
| 09/13/2019 | INV #75682. Due 12/12/2019. Orig. Amount $15,095.78. 580 (Quote# VB92JMW) | 15,095.78 | **641,034.71** |
| 09/25/2019 | INV #76035. Due 12/24/2019. Orig. Amount $6,698.07. 500.87 (Quote# 2G64SLZ) | 6,698.07 | **647,732.78** |
| 10/28/2019 | INV #76889. Due 01/26/2020. Orig. Amount $20.00. Bounced Check# 4260 | 20.00 | **647,752.78** |
| 12/06/2019 | INV #78283. Due 03/05/2020. Orig. Amount $14,424.96. 540 (Quote# VJDBXLN) | 14,424.96 | **662,177.74** |
| 12/26/2019 | CREDMEM #78832. 540 (Quote# VJDBXLN) | -128.31 | **662,049.43** |
| 12/31/2019 | INV #78961. Due 03/30/2020. Orig. Amount $3,360.02. 336.43 (Quote# LZP2PDW) | 3,360.02 | **665,409.45** |
| 01/02/2020 | INV #78963. Due 04/01/2020. Orig. Amount $3,219.60. | 3,219.60 | **668,629.05** |
| 01/10/2020 | INV #79213. Due 04/09/2020. Orig. Amount $6,841.24. 448.93 (Quote# L222984) | 6,841.24 | **675,470.29** |
| 01/17/2020 | INV #79648. Due 04/16/2020. Orig. Amount $8,867.00. | 8,867.00 | **684,337.29** |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | **Amount Due** |
|---|---|---|---|---|---|
| 36,712.82 | 20.00 | 24,636.45 | 20.00 | 622,948.02 | **$684,337.29** |

**EXHIBIT B**

# GUTNICKI LLP

February 11, 2020

**Via Electronic Mail and Federal Express Overnight**

Anna's Healthcare Apparel and Textile, Inc.
NBL Textiles, Inc.
8830 Lowell Terrace
Skokie, IL 60076
Attn: Gary Bajtner, Noam Bajtner

Re:     **Notice of Breach and Payment Demand**

Gentlemen:

I write on behalf of my client, King Solomon Enterprises Inc., d/b/a KSE Suppliers ("KSE"). The purpose of this letter is to provide a formal legal notice to each of you individually, as well as to Anna's Healthcare Apparel and Textile, Inc. (Anna's) and NBL Textiles, Inc. (NBL), of the matters cited herein. The further purpose of this letter is to provide a formal written demand for immediate payment of a significant amount outstanding stemming from these same matters. This letter is being sent only as an attempt to amicably resolve these issues before any legal rights are formally pursued or further actions are required.

For nearly twelve years now, on behalf of Anna's and NBL, you have ordered from KSE myriad quality wholesale institutional linen goods. Without exception, KSE has dutifully and punctually delivered these goods to you, and has done so without a single incident: you have never refused these goods for any reason, nor lodged even one significant complaint with KSE regarding their quality. Indeed, you have taken all of these very same goods and, in turn, provided them to your own clients to reap your own profits.

KSE delivered these goods to you only with the expectation that you would uphold your end of the bargain by timely and fully paying KSE for the same. However, since the very inception of your relationship with KSE, you have been in blatant breach of this contract, as you have failed to even once be current with your required payments for these goods. Currently, **$684,337.29** (the "Outstanding Balance") remains outstanding to KSE. A copy of the statement detailing the Outstanding Balance is attached hereto as Exhibit A, and, upon your request, all the substantiating invoices can be provided to you once again, as needed.

KSE already has brought these delinquencies to your attention on innumerable occasions over the past several years. However, despite your assurances that you would become current with all the outstanding invoices, and even after KSE offered to set up payment plans for you to facilitate the same, you have utterly failed to do so. Instead, you have only strung KSE along with empty promises, delay tactics, and petty partial payments, all while still ordering even more of these goods from KSE, thereby running up an even larger debt and exacerbating the problem.



Until now, in its magnanimity, KSE has not asserted any of its rights, and has afforded you literally years upon years of patience, understanding, and manifold opportunities to become current with Outstanding Balance, even as it continued to increase.

You are hereby notified that this will go on absolutely no further. Consequently, before KSE will fill any more orders for these goods, and before any more time passes that would make full collection that much more difficult, KSE hereby demands that you fully and promptly pay it the Outstanding Balance by **February 19, 2020**.

Furthermore, and much more grievously, you are hereby notified that KSE has grounds to believe that the reason why Anna's and NBL has been so neglectful in paying off—or even down— the Outstanding Balance, is not at all due to a lack of revenue; rather, the failure has come from funds being siphoned off from these entities and directed towards other accounts, related to their principals. Consequently, it is undeniably apparent at this point that Anna's and NBL are being intentionally run as inadequately capitalized entities, and as the mere alter egos of their principals, for the sole purpose of unlawfully gleaning profits for these individuals' collective benefit. This is being done at the direct expense of Anna's, NBL, and, more importantly, their law-abiding vendor, KSE.

Therefore, should you fail to satisfy the above payment demand by the stated deadline, know that KSE will pursue any and all legal remedies available in order to collect from Anna's, NBL, and/or any and all of its principals, the amount of the Outstanding Balance. Further know that such remedies will certainly include filing a lawsuit seeking, among other things, to pierce the corporate veil of Anna's and NBL to reach your own personal assets and those of any other principals in order to fully satisfy the Outstanding Balance.

Nothing in this letter constitutes a waiver of any rights or claims that KSE now has or subsequently may have against Anna's, NBL, you, or any other principals, nor against anyone acting in concert with the same in this matter.

Should you have any questions regarding this matter, please feel free to contact me at the information provided below.

Sincerely,

Aharon S. Kaye
GUTNICKI LLP
*Counsel for King Solomon Enterprises, Inc.*
4711 Golf Road, Suite 200
Skokie, IL 60076
Phone: 847-745-6594
akaye@gutnicki.com

cc:     Solomon Reisman <solomon@ksesuppliers.com>

2

**Exhibit A**

**(Statement of Outstanding Balance)**



**KSE**SUPPLIERS
COMPREHENSIVE WHOLESALE SUPPLIERS OF INSTITUTIONAL LINEN

PO Box 635 Hillburn, NY 10931
Tel 845.371.2989 | Fax 845.357.5732
Email orders@ksesuppliers.com

# Statement

| Date |
|------|
| 2/4/2020 |

| Bill To |
|---------|
| Anna's Healthcare Apparel & Textiles, inc |
| 8830 Lowell Terrace |
| Skokie IL 600760000 |

| Terms | Amount Due |
|-------|------------|
| Net 90 | $684,337.29 |

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| | Anna's Healthcare Apparel & Textiles, inc- | | |
| 08/11/2015 | INV #46943. Due 11/09/2015. Orig. Amount $21,170.70. 600+60LG62070. | 15,457.08 | **15,457.08** |
| 09/25/2015 | INV #47443. Due 12/24/2015. Orig. Amount $37,046.04. 980 64103. | 37,046.04 | **52,503.12** |
| 11/23/2015 | INV #48026. Due 02/21/2016. Orig. Amount $4,113.75. . | 4,113.75 | **56,616.87** |
| 11/23/2015 | INV #48027. Due 02/21/2016. Orig. Amount $1,465.15. . | 1,465.15 | **58,082.02** |
| 11/30/2015 | INV #48103. Due 02/28/2016. Orig. Amount $20,983.08. 625  66006. | 20,983.08 | **79,065.10** |
| 12/02/2015 | INV #48142. Due 03/01/2016. Orig. Amount $3,424.71. 145  66062. | 3,424.71 | **82,489.81** |
| 12/11/2015 | INV #48113. Due 03/10/2016. Orig. Amount $296.87. . | 296.87 | **82,786.68** |
| 12/21/2015 | INV #48355. Due 03/20/2016. Orig. Amount $4,467.15. 145  66522. | 4,467.15 | **87,253.83** |
| 12/28/2015 | INV #48410. Due 03/27/2016. Orig. Amount $22,946.97. . | 22,946.97 | **110,200.80** |
| 01/05/2016 | INV #48493. Due 04/04/2016. Orig. Amount $5,673.11. 245  66737 | 5,673.11 | **115,873.91** |
| 01/07/2016 | INV #48540. Due 04/06/2016. Orig. Amount $159.00. . | 159.00 | **116,032.91** |
| 01/08/2016 | INV #48573. Due 04/07/2016. Orig. Amount $537.40. | 537.40 | **116,570.31** |
| 02/04/2016 | INV #48924. Due 05/04/2016. Orig. Amount $24,169.15. 500 KS638. | 24,169.15 | **140,739.46** |
| 02/12/2016 | INV #49028. Due 05/12/2016. Orig. Amount $35.03. . | 35.03 | **140,774.49** |
| 03/23/2016 | INV #49481. Due 06/21/2016. Orig. Amount $625.86. . | 625.86 | **141,400.35** |
| 04/01/2016 | INV #44827. Due 06/30/2016. Orig. Amount $17,188.15. 111768 2/9/15. | 17,188.15 | **158,588.50** |
| 04/01/2016 | INV #45022. Due 06/30/2016. Orig. Amount $28,762.40. KS551 2/26/15. | 28,762.40 | **187,350.90** |
| 04/01/2016 | INV #45170. Due 06/30/2016. Orig. Amount $15,824.56. 425 KS558. | 15,824.56 | **203,175.46** |
| 04/01/2016 | INV #49610. Due 06/30/2016. Orig. Amount $382.68. . | 382.68 | **203,558.14** |
| 04/18/2016 | INV #49826. Due 07/17/2016. Orig. Amount $107.97. | 107.97 | **203,666.11** |
| 04/19/2016 | INV #49812. Due 07/18/2016. Orig. Amount $10,276.00. 375 KS673. | 10,276.00 | **213,942.11** |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | **Amount Due** |
|---------|--------------------|--------------------|--------------------|----------------------|----------------|
| 36,712.82 | 20.00 | 24,636.45 | 20.00 | 622,948.02 | **$684,337.29** |



**KSESUPPLIERS**
COMPREHENSIVE WHOLESALE SUPPLIERS OF INSTITUTIONAL LINEN

PO Box 635 Hillburn, NY 10931
Tel 845.371.2989 | Fax 845.357.5732
Email orders@ksesuppliers.com

# Statement

| Date |
|---|
| 2/4/2020 |

| Bill To |
|---|
| Anna's Healthcare Apparel & Textiles, inc |
| 8830 Lowell Terrace |
| Skokie IL 600760000 |

| Terms | Amount Due |
|---|---|
| Net 90 | $684,337.29 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 05/04/2016 | INV #49941. Due 08/02/2016. Orig. Amount $241.72. . | 241.72 | 214,183.83 |
| 05/04/2016 | INV #49972. Due 08/02/2016. Orig. Amount $12,635.25. 425  69345. | 12,635.25 | 226,819.08 |
| 05/12/2016 | INV #50084. Due 08/10/2016. Orig. Amount $3,914.90. 145  69572. | 3,914.90 | 230,733.98 |
| 05/23/2016 | INV #50207. Due 08/21/2016. Orig. Amount $125.28. . | 125.28 | 230,859.26 |
| | NBL Textile Inc.- | | |
| 07/12/2018 | INV #63325. Due 10/10/2018. Orig. Amount $42,264.48. 900  123508. | 19,598.23 | 250,457.49 |
| 07/17/2018 | INV #63412. Due 10/15/2018. Orig. Amount $184.30. | 184.30 | 250,641.79 |
| 08/07/2018 | INV #63940. Due 11/05/2018. Orig. Amount $763.17. | 763.17 | 251,404.96 |
| 08/13/2018 | INV #64042. Due 11/11/2018. Orig. Amount $366.78. | 366.78 | 251,771.74 |
| 08/13/2018 | INV #64086. Due 11/11/2018. Orig. Amount $651.17. | 651.17 | 252,422.91 |
| 08/16/2018 | INV #64187. Due 11/14/2018. Orig. Amount $467.12. | 467.12 | 252,890.03 |
| 08/20/2018 | INV #64267. Due 11/18/2018. Orig. Amount $38,092.82. 799 KS931 | 38,092.82 | 290,982.85 |
| 08/29/2018 | INV #64472. Due 11/27/2018. Orig. Amount $941.57. | 941.57 | 291,924.42 |
| 09/06/2018 | INV #64695. Due 12/05/2018. Orig. Amount $861.41. | 861.41 | 292,785.83 |
| 09/14/2018 | INV #64852. Due 12/13/2018. Orig. Amount $66,606.30. 1350  43588 | 66,606.30 | 359,392.13 |
| 10/10/2018 | INV #65379. Due 01/08/2019. Orig. Amount $683.94. | 683.94 | 360,076.07 |
| 10/12/2018 | INV #65492. Due 01/10/2019. Orig. Amount $50,234.78. 1200  44232 | 50,234.78 | 410,310.85 |
| 10/19/2018 | INV #65638. Due 01/17/2019. Orig. Amount $91.53. | 91.53 | 410,402.38 |
| 11/01/2018 | INV #65989. Due 01/30/2019. Orig. Amount $397.76. | 397.76 | 410,800.14 |
| 11/02/2018 | INV #66035. Due 01/31/2019. Orig. Amount $16,368.30. | 16,368.30 | 427,168.44 |
| 11/06/2018 | INV #66144. Due 02/04/2019. Orig. Amount $1,094.73. | 1,094.73 | 428,263.17 |
| 11/07/2018 | INV #66200. Due 02/05/2019. Orig. Amount $717.93. | 717.93 | 428,981.10 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 36,712.82 | 20.00 | 24,636.45 | 20.00 | 622,948.02 | $684,337.29 |



**COMPREHENSIVE WHOLESALE SUPPLIERS OF INSTITUTIONAL LINEN**

PO Box 635 Hillburn, NY 10931
Tel 845.371.2989 | Fax 845.357.5732
Email orders@ksesuppliers.com

# Statement

| Date |
|------|
| 2/4/2020 |

| Bill To |
|---------|
| Anna's Healthcare Apparel & Textiles, inc |
| 8830 Lowell Terrace |
| Skokie IL 600760000 |

| Terms | Amount Due |
|-------|-----------|
| Net 90 | $684,337.29 |

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 11/07/2018 | INV #66202. Due 02/05/2019. Orig. Amount $295.20. | 295.20 | 429,276.30 |
| 11/12/2018 | INV #66294. Due 02/10/2019. Orig. Amount $236.13. | 236.13 | 429,512.43 |
| 11/16/2018 | INV #66477. Due 02/14/2019. Orig. Amount $508.83. | 508.83 | 430,021.26 |
| 11/26/2018 | INV #65329. Due 02/24/2019. Orig. Amount $609.60. | 609.60 | 430,630.86 |
| 11/26/2018 | INV #66555. Due 02/24/2019. Orig. Amount $73,358.79. 1100 45512 & 165 101279 | 73,358.79 | 503,989.65 |
| 01/18/2019 | INV #68246. Due 04/18/2019. Orig. Amount $10,361.20. 487.20 (Quote# 2929612) 530165842 | 10,361.20 | 514,350.85 |
| 01/29/2019 | INV #68465. Due 04/29/2019. Orig. Amount $34,745.35. 1108 (Quote# 4297BQN) | 34,745.35 | 549,096.20 |
| 02/19/2019 | INV #69247. Due 05/20/2019. Orig. Amount $191.25. | 191.25 | 549,287.45 |
| 03/05/2019 | INV #69693. Due 06/03/2019. Orig. Amount $593.55. | 593.55 | 549,881.00 |
| 03/06/2019 | INV #69716. Due 06/04/2019. Orig. Amount $10,135.46. 541.33 (Quote# LLXD4VC) | 10,135.46 | 560,016.46 |
| 03/07/2019 | INV #69753. Due 06/05/2019. Orig. Amount $355.00. | 355.00 | 560,371.46 |
| 03/13/2019 | INV #69939. Due 06/11/2019. Orig. Amount $1,066.40. | 1,066.40 | 561,437.86 |
| 03/20/2019 | INV #70084. Due 06/18/2019. Orig. Amount $179.88. | 179.88 | 561,617.74 |
| 04/17/2019 | INV #71034. Due 07/16/2019. Orig. Amount $14,216.77. 664.77 (Quote# LTLTQ7Y) | 14,216.77 | 575,834.51 |
| 05/14/2019 | INV #71844. Due 08/12/2019. Orig. Amount $19,027.00. 785 (Quote# VBXGX7B) | 19,027.00 | 594,861.51 |
| 05/20/2019 | INV #72002. Due 08/18/2019. Orig. Amount $20.00. Bounced Check# 4257 | 20.00 | 594,881.51 |
| 05/30/2019 | INV #72308. Due 08/28/2019. Orig. Amount $20.00. Bounced Check# 6801 | 20.00 | 594,901.51 |
| 06/19/2019 | INV #73354. Due 09/17/2019. Orig. Amount $20.00. Bounced Check# 4258 | 20.00 | 594,921.51 |
| 07/03/2019 | INV #73460. Due 10/01/2019. Orig. Amount $688.00. | 688.00 | 595,609.51 |
| 07/05/2019 | INV #73469. Due 10/03/2019. Orig. Amount $6,424.50. 871.72 (Quote# 686026966) | 6,424.50 | 602,034.01 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---------|--------------------|--------------------|--------------------|-----------------------|------------|
| 36,712.82 | 20.00 | 24,636.45 | 20.00 | 622,948.02 | $684,337.29 |



**KSESUPPLIERS**

COMPREHENSIVE WHOLESALE SUPPLIERS OF INSTITUTIONAL LINEN

PO Box 635 Hillburn, NY 10931
Tel 845.371.2989 | Fax 845.357.5732
Email orders@ksesuppliers.com

# Statement

| Date |
|------|
| 2/4/2020 |

| Bill To |
|---------|
| Anna's Healthcare Apparel & Textiles, inc |
| 8830 Lowell Terrace |
| Skokie IL 600760000 |

| Terms | Amount Due |
|-------|-----------|
| Net 90 | $684,337.29 |

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 07/08/2019 | INV #73529. Due 10/06/2019. Orig. Amount $2,967.00. 274.94 (Quote# LJBC7LL) | 2,967.00 | 605,001.01 |
| 07/09/2019 | INV #73584. Due 10/07/2019. Orig. Amount $688.00. | 688.00 | 605,689.01 |
| 07/10/2019 | INV #73661. Due 10/08/2019. Orig. Amount $889.10. | 889.10 | 606,578.11 |
| 07/16/2019 | INV #73863. Due 10/14/2019. Orig. Amount $20.00. Bounced Check# 4259 | 20.00 | 606,598.11 |
| 07/31/2019 | INV #74297. Due 10/29/2019. Orig. Amount $2,010.60. | 2,010.60 | 608,608.71 |
| 07/31/2019 | INV #74298. Due 10/29/2019. Orig. Amount $758.88. | 758.88 | 609,367.59 |
| 08/06/2019 | INV #74384. Due 11/04/2019. Orig. Amount $13,708.74. 560 (Quote# V8LFG47) | 13,708.74 | 623,076.33 |
| 08/15/2019 | INV #74832. Due 11/13/2019. Orig. Amount $20.00. Bounced Check# 4260 | 20.00 | 623,096.33 |
| 09/09/2019 | INV #75545. Due 12/08/2019. Orig. Amount $2,842.60. 199.46 (Quote# LBYJR9N) | 2,842.60 | 625,938.93 |
| 09/13/2019 | INV #75682. Due 12/12/2019. Orig. Amount $15,095.78. 580 (Quote# VB92JMW) | 15,095.78 | 641,034.71 |
| 09/25/2019 | INV #76035. Due 12/24/2019. Orig. Amount $6,698.07. 500.87 (Quote# 2G64SLZ) | 6,698.07 | 647,732.78 |
| 10/28/2019 | INV #76889. Due 01/26/2020. Orig. Amount $20.00. Bounced Check# 4260 | 20.00 | 647,752.78 |
| 12/06/2019 | INV #78283. Due 03/05/2020. Orig. Amount $14,424.96. 540 (Quote# VJDBXLN) | 14,424.96 | 662,177.74 |
| 12/26/2019 | CREDMEM #78832. 540 (Quote# VJDBXLN) | -128.31 | 662,049.43 |
| 12/31/2019 | INV #78961. Due 03/30/2020. Orig. Amount $3,360.02. 336.43 (Quote# LZP2PDW) | 3,360.02 | 665,409.45 |
| 01/02/2020 | INV #78963. Due 04/01/2020. Orig. Amount $3,219.60. | 3,219.60 | 668,629.05 |
| 01/10/2020 | INV #79213. Due 04/09/2020. Orig. Amount $6,841.24. 448.93 (Quote# L222984) | 6,841.24 | 675,470.29 |
| 01/17/2020 | INV #79648. Due 04/16/2020. Orig. Amount $8,867.00. | 8,867.00 | 684,337.29 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---------|-------------------|--------------------|--------------------|----------------------|-----------|
| 36,712.82 | 20.00 | 24,636.45 | 20.00 | 622,948.02 | $684,337.29 |